IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IN THE MATTER OF THE SEARCH OF
THE PROPERTY LOCATED AT:

Case No. ___2:24-MJ-1043-KS___

11450 NC Highway 32 N
Roper, North Carolina 27970

**Filed Under Seal**

## ORDER TO SEAL SEARCH WARRANT
## AND SUPPORTING DOCUMENTATION

Upon motion of the United States, and for good cause shown, it is hereby ORDERED that the above-captioned matter, including all filings and entries docketed therein, be sealed by the Clerk of Court from this date until further ordered by the Court, except that a filed copy of the docketed search warrant materials shall be provided to the United States Attorney's Office and Special Agent Christina T. Peklak of the Federal Bureau of Investigation.

__6/4/2024_____
Date

____Kimberly A. Swank____
KIMBERLY A. SWANK
United States Magistrate Judge