UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:24-MJ-1043-KS

| | |
|---|---|
| IN RE: SEARCH WARRANT FOR <br><br> THE PREMISES LOCATED AT 11450 NC HIGHWAY 32 N, ROPER, NORTH CAROLINA 27970. | ORDER TO UNSEAL APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT |

For good cause shown, incorporating herein the reasons stated in its motion, the United States' motion to unseal is hereby GRANTED.

This, the 8th day of July, 2024.

_____
KIMBERLY A. SWANK
United States Magistrate Judge